IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RONALD RAY STRONG,

       Petitioner,

v.                                                 CASE NO. 1:05-cv-00048-MP-AK

JAMES CROSBY,

       Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 3, Report and Recommendations of the

Magistrate Judge, recommending that this case be transferred to the United States District Court

for the Middle District of Florida.  The time for filing objections has passed, and none have been

filed.  The Court agrees with the Magistrate Judge that this § 2241 action is most conveniently

brought in the district of conviction, which is the Middle District of Florida.  Accordingly, it is

hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

2.      The Clerk is directed to transfer this action to the United States District Court for
the Middle District of Florida, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *22nd*  day of April, 2005

_____*s/Maurice M. Paul*_____

Maurice M. Paul, Senior District Judge